**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LOURDES P. LLARENA,
etc.,

       Plaintiff,

v.                                                  CASE NO. 3:07-cv-296-J-16HTS

CATHEDRAL TOWNHOUSE,
etc., et al.,

       Defendants.

## O R D E R

This cause is before the Court on the Affidavit of Indigency (Doc. #2; Affidavit), filed on April 12, 2007. However, the Affidavit has not been properly filled out.

Accordingly, Plaintiff shall have eleven (11) days from the date of this Order to file a fully completed, signed, and notarized affidavit of indigency, a blank copy of which shall be sent by the Clerk's Office along with this Order. Of course, in lieu thereof, Plaintiff is also free to pay the required filing fee. Failure to either submit a completed affidavit of indigency or pay the required filing fee within the specified time period will result in a recommendation that this case be dismissed for failure to

prosecute.  *See* Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of April, 2007.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any