UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LOURDES P. LLARENA,
etc.,

      Plaintiff,

v.                                       CASE NO. 3:07-cv-296-J-16HTS

CATHEDRAL TOWNHOUSE, etc.,
and THE JACKSONVILLE
POLICE DEPARTMENT, etc.,

      Defendants.

### REPORT AND RECOMMENDATION[1]

On April 12, 2007, Plaintiff filed a complaint (Doc. #1) and Affidavit of Indigency (Doc. #2; Affidavit).  Having noted "the Affidavit ha[d] not been properly filled out[,]" Order (Doc. #4; Order), entered on April 27, 2007, at 1, the Court provided Plaintiff with an opportunity "to file a fully completed, signed, and notarized affidavit of indigency" or "pay the required filing fee."  *Id.*  Plaintiff was cautioned that failure to do so within

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document.  Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

eleven days would "result in a recommendation that this case be dismissed for failure to prosecute." *Id*. at 1-2.  As of this date, Plaintiff has neither responded to the Order nor paid the filing fee.

### **RECOMMENDATION**

Accordingly, it is recommended this action be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

**DONE AND ENTERED** at Jacksonville, Florida, this 16th day of May, 2007.

/s/          Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

The Honorable John H. Moore II
Senior United States District Judge

Counsel of record
    and pro se parties, if any

- 2 -