**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**LOURDES P. LLARENA,**

    Plaintiff,

**v.**              **CASE NO. 3:07-cv-296-J-16HTS**

**CATHEDRAL TOWNHOUSE, a senior community, and JACKSONVILLE POLICE DEPARTMENT,**

    Defendants.
_____/

**O R D E R**

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed May 16, 2007 (Doc. #7). No objections have been filed to said Report. After an independent review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice for lack of prosecution pursuant to Local Rule 3.10(a).

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 21st day of June, 2007.

JOHN H. MOORE II
United States District Judge

Copies to:
    Counsel of record
    Pro Se Parties